**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARYZTA LLC, | |
| Plaintiff, | NO. 3:17-CV-02362 |
| v. | (JUDGE CAPUTO) |
| GOTTSTEIN CORPORATION, | |
| Defendant. | |

## **ORDER**

**NOW**, this  16th  day of December, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 32) filed by Aryzta LLC is **DENIED**.

(2) This matter will be placed on the April 2020 Trial List.

                                         /s/ A. Richard Caputo
                                         A. Richard Caputo
                                         United States District Judge